(133 So. 300)

## AMERICAN SURETY CO. OF NEW YORK v. SOUTHERN OIL STORES, Inc.

### 3 Div. 939.

Supreme Court of Alabama.
March 12, 1931.

Rehearing Denied April 9, 1931.

Rushton, Crenshaw & Rushton, of Montgomery, for petitioner.

Steiner, Crum & Weil, of Montgomery, opposed.

THOMAS, J.

Petition of the Southern Oil Stores, Inc., for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in American Surety Co. of New York v. Southern Oil Stores, Inc., 133 So. 298.

Writ denied.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.